UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA WILLIAMS,

    Plaintiff,

    v.                                            Civil No.07-12367
                                              HON. JOHN CORBETT O'MEARA

MARY E. PETERS, Secretary,
United States Department of Transportation,

    Defendant.
_____/

## **ORDER**

      Plaintiff and her attorney have both agreed to repay the money that they previously received from the Federal Aviation Administration within thirty days. The Court will hold this matter in abeyance so that the Plaintiff and her attorney can repay the government. Plaintiff shall have until December 10, 2007 to deliver a certified check payable to the Federal Aviation Administration in the amount of twenty-five thousand, two hundred sixty-eight dollars and seventy-five cents ($25,268.75)[1]. The certified check must be received by the United States Attorney's Office no later than December 10, 2007. If Plaintiff fails to deliver the check by said date, the Court will issue an Order dismissing this lawsuit.

                                                               s/John Corbett O'Meara
                                                               United States District Judge

Date: December 6, 2007

---

[1]This amount covers the $7,500.00 paid to the Plaintiff and the $17,768.75 paid to her attorney.

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, December 6, 2007, by electronic and/or ordinary mail.

                                                s/William Barkholz
                                                Case Manager