UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA WILLIAMS,

    Plaintiff,                                   Case No. 07-12367

v.                                            Honorable John Corbett O'Meara

MARY E. PETERS, Secretary, Department of
Transportation,

    Defendant.
    _____/

## **ORDER OF DISMISSAL**

This matter came before the court on Defendant's August 17, 2007 motion to dismiss. Plaintiff Cynthia Williams filed a response August 27, 2007; and Defendant filed a reply August 28, 2007. The court heard oral argument on the motion November 8, 2007, at which time it was agreed that Plaintiff would pay Defendant the amount of $25,268.75 no later than December 10, 2007.

The court subsequently issued an order holding the case in abeyance. The order clearly stated that if "Plaintiff fails to deliver the check by said date, the Court will issue an Order dismissing this lawsuit." December 6, 2007 order at 1. Plaintiff failed to meet the December 10, 2007 deadline.

Accordingly, it is hereby **ORDERED** that Defendant's August 17, 2007 motion to dismiss is **GRANTED.**

                                                         s/John Corbett O'Meara
                                                         United States District Judge

Date: January 11, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 11, 2008, by electronic and/or ordinary mail.

                                                      s/William Barkholz
                                                     Case Manager